Official Form 17
(12/04)

# United States Bankruptcy Court

**Southern** District of **New York**

In re **Spiegel Inc**
         Debtor

Case No. **07-CV-03947-RJH**

Chapter **Chap 11**

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

**Jacqueline Johnson**, the plaintiff [*or defendant or other party*] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the **30** day of **August**, **200 7**.
                                                                                                    (month)        (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**David Leman**          **Chadbourne + Parke**
**30 Rockefeller Plz**
**NY, NY 10112**

Dated: **August 30, 2007**

AUG 3 1

Signed: _____
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: _____

Address: **10305 S. Bensley Ave,**
**Chgo, IL 60617**

Telephone No: **773 374-7581**

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*