# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Jacqueline Johnson | ) | |
| Claimant, Plaintiff | ) | Case Number 07-CV-03947-RJH |
| | ) | |
| v. | ) | Case Number 03-11540 (brl) |
| | ) | |
| SPIEGEL, INC., | ) | |
| | ) | |
| Creditor, Defendant | ) | |

NOTICE FOR DESIGNATION OF ITEMS
AND MOTION FOR STAY PENDING APPEAL

1. Motion to hold Johnson in contempt.
2. Johnson's motion not to hold Johnson in contempt.
3. Exhibit for Creditor Trust in support of motion to hold Johnson in contempt.
4. Motion of Spiegel Creditor Trust to vacate default judgment and its evidence in support of that motion.
5. Judgment in civil case 07 C474 for and against Plaintiff.
6. Transcript on the Hearing for motion, on August 21, 2007 before Judge Burton Lifland.
7. Order holding Johnson in contempt.

PROOF OF SERVICE

I certify that, I served a copy of the Designation of Items on the Appellate Clerk for United States Bankruptcy Court for the Southern District of New York 1 Bowlinggreen New York, New York 10004 on September 8, 2007.



_Jacqueline Johnson_
Prose