UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
                                              :
In re:                                        : Chapter 11
                                              :
SPIEGEL, INC., et al.,                        :
                                              : Case No.  07-CV-10317-RJH
           Reorganized Debtors.               :
                                              : (Related Case No. 07-CV-03947-RJH
                                              : & Related Bankruptcy Case 03-11540)
                                              :
-----------------------------------------------------------------x
```

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the Declaration in Support of Spiegel Creditor Trust's Motion to Dismiss Pending Johnson Appeal, sworn to on March 27, 2008, and the exhibits thereto and the Spiegel Creditor Trust's Memorandum of Law in Support of Motion to Dismiss Second Johnson Appeal, the Spiegel Creditor Trust will move this Court on a date to be determined for an order pursuant to Rules of Bankruptcy Procedure 8001, 8006 and 8809 requesting the Court exercise its discretion and dismiss District Court Case No. 07-CV-10317-RJH for appellant's failure to comply with applicable appeal deadlines.

Dated:  New York, New York
        March 27, 2008

                                                   /s/ David M. LeMay
                                                 David M. LeMay (DL 9093)
                                                 Douglas E. Deutsch (DD7229)
                                                 CHADBOURNE & PARKE LLP
                                                 30 Rockefeller Plaza
                                                 New York, New York 10112
                                                 Telephone: (212) 408-5100
                                                 Facsimile: (212) 541-5369
                                                 Attorneys for Spiegel Creditor Trust

TO:    JACQUELINE JOHNSON
        10305 South Bensley Ave
        Chicago, Illinois 60617