UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re:                                                         : Chapter 11
:
SPIEGEL, INC., et al.,                                         :
: Case No.  07-CV-10317-RJH
            Reorganized Debtors.                               :
: (Related Case No. 07-CV-03947-RJH
: & Related Bankruptcy Case 03-11540)
:
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

David M. Bava, being duly sworn, deposes and says:

1. I am employed as a legal assistant by the law firm of Chadbourne & Parke LLP, I am not a party to this action and that I am over the age of eighteen.

2. On March 27, 2008, I caused to be served a true and correct copy of the following:

    a. Notice of Motion;

    b. Declaration in Support of Spiegel Creditor Trust's Motion to Dismiss Second Johnson Appeal; and

    c. Spiegel Creditor Trust's Memorandum of Law in Support of Motion to Dismiss Second Johnson Appeal.

upon Jacqueline Johnson, 10305 South Bensley Avenue, Chicago, Illinois 60617 by (i) Federal Express expedited delivery, and (ii) First Class Mail, postage prepaid thereon.

3. I certify that the foregoing statements made by me are true.  I am aware that if any

NY3 - 465534.01

of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

                                                */s/ David M. Bava*
                                                David M. Bava

Sworn to before me this
27th day of March 2008


*/s/ Francisco Vazquez*
      Notary Public

**Francisco Vazquez**
**Notary Public, State of New York**
**No. 31-6013920**
**Qualified in New York County**
**Commission Expires Dec. 27, 2010**